UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| PAMELA MCVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:10-CV-231 |
| v. | ) |
| | ) Collier / Lee |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons provided in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Court File No. 14). Plaintiff's motion for summary judgment is **DENIED** (Court File No. 10), and Defendant's motion for summary judgment is **GRANTED** (Court File No. 12). The Commissioner's decision, denying Plaintiff disability insurance benefits and supplemental security income under 42 U.S.C. §§ 416(i), 423, and 1382, is **AFFIRMED**. Accordingly, this case is hereby **DISMISSED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ Debra C. Poplin
  CLERK OF COURT